**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 2 5 2018

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


FRANCES BLOHM                                      PLAINTIFF

V.                            NO. 4:18cv 351 JM

DIRT CHEAP ARKANSAS, LLC.                          DEFENDANT


## **COMPLAINT**

Plaintiff, for her complaint, states:

1.      Plaintiff is a citizen and resident of Arkansas.

2.      Defendant is a Deleware corporation with its principal place of business in Mississippi.

3.      The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

4.      On November 9, 2017, plaintiff was shopping at department store in Pulaski County, Arkansas, owned by the defendant.

5.       An employee of the defendant was moving merchandise on a pallet jack.  At all relevant times, that employee was acting in the course and scope of his employment.

6.      The employee operating the pallet jack ran the pallet into the plaintiff causing her to fall and hit her head on the floor.

7.      The employee of the defendant was negligent in failing to barricade the area in which he was operating a pallet jack, in failing to use a spotter while operating the pallet jack, and in failing to keep a look out for business invitees while operating the pallet jack.

This case assigned to District Judge Moody
and to Magistrate Judge Ray

8.      As a proximate result of the negligence of defendant's employee, plaintiff has sustained injuries, has incurred medical bills and will do so in the future, has suffered pain and mental anguish and will do so in the future, has scars and disfigurement, and has sustained a permanent injury.

9.      Plaintiff demands a trial by jury.

Wherefore, plaintiff prays judgment against defendant in an amount in excess of $75,000.00, for her costs and all other proper relief.

Respectfully submitted,

Timothy O. Dudley Ark. Bar #82055
114 South Pulaski Street
Little Rock, Arkansas 72201
501-372-0080
Todudley@swbell.net

Duff Nolan
411 South Main Street
Post Office Box 68
Stuttgart, AR 72160
dn@nolangroupllc.com

BY: _Tim Dudley_