IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRANCES BLOHM                                                                                     PLAINTIFF

V.                                          No. 4:18-CV-351-JM

DIRT CHEAP ARKANSAS, LLC                                                              DEFENDANT

## ANSWER OF DIRT CHEAP ARKANSAS, LLC

Comes Defendant, Dirt Cheap Arkansas, LLC, by and through its attorney, Barber Law Firm PLLC, and for its Answer, states:

1. Defendant admits that Plaintiff is a citizen and resident of Arkansas.

2. Defendant admits that it is a Delaware corporation with its principal place of business in Mississippi.

3. Defendant does not have sufficient information to admit or deny the allegations contained in paragraph 3 of the Complaint and therefore denies same.

4. Defendant admits that on November 9, 2017 Plaintiff was at Defendant's store located in Jacksonville, Arkansas. Defendant denies any other allegations contained in paragraph 4 of the Complaint.

5. Defendant denies that an employee of the Defendant was moving merchandise at the time of the accident. Defendant's employee had moved the pallet jack past Ms. Blohm before the accident occurred as a result of Ms. Blohm stepping backwards onto a pallet and falling.

6. Defendant denies the allegations contained in paragraph 6 of the Complaint.

7. Defendant denies the allegations contained in paragraph 7 of the Complaint.

8. Defendant denies the allegations contained in paragraph 8 of the Complaint.

9. Defendant acknowledges that Plaintiff demands a trial by jury and Defendant joins in that request.

10. Defendant denies the allegations contained in the "Wherefore" section of the Complaint.

11. Defendant denies any and all allegations contained in the Complaint which are not specifically admitted herein.

12. Pleading affirmatively, Plaintiff's claims are barred, in whole, or in part because of the fault of individuals or entities other than Defendant and over whom Defendant had no control and to whom Defendant owed no duty, specifically including Otis Elevator Company.

13. Defendant reserves the right to assert any affirmative defenses and/or claims that may come to light during the course of discovery.

14. Upon information and belief, Defendant states that Plaintiff's claims may be barred in whole or in part by contributory negligence, comparative negligence, and/or assumption of risk.

15. Defendant hereby asserts its right of contribution and/or apportionment of fault in this case as to other non-parties and Plaintiff.

16. Upon information and belief, Defendant states that Plaintiff's claims may be barred in whole or in part by estoppel, comparative fault, and/or acquiescence.

17. Defendant incorporates by reference the Motion to Dismiss Entry of Default by the Clerk filed on August 7, 2018 and Defendant's Brief in Support of Motion to Set Aside Entry of Default as if incorporated herein by reference pursuant to Federal Rules of Civil Procedure Rule 10(c).

Wherefore, Defendant, Dirt Cheap Arkansas, LLC, prays that the Complaint be dismissed, for its costs herein expended, attorney's fees and all other just and proper relief to which it may be entitled.

> Respectfully submitted,
>
>   /s/ R. Kenny McCulloch
> R. Kenny McCulloch
> AR Bar Number 88044
> Attorneys for Defendant Dirt Cheap Arkansas, LLC
> Barber Law Firm PLLC
> 425 West Capitol Avenue, Suite 3400
> Little Rock, AR 72201-3483
> Telephone: (501) 372-6175 / Fax: (501) 375-2802
> E-mail: rkmcculloch@barberlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| Timothy O. Dudley<br>114 South Pulaski Street<br>Little Rock, AR 72201<br>Todudley@swbell.net | Duff Nolan<br>411 South Main Street<br>Post Office Box 68<br>Stuttgart, AR 72160<br>dn@nolangroupllc.com |

>   /s/ R. Kenny McCulloch
> R. Kenny McCulloch
> AR Bar Number 88044
> Attorneys for Defendant Dirt Cheap Arkansas, LLC
> Barber Law Firm PLLC
> 425 West Capitol Avenue, Suite 3400
> Little Rock, AR 72201-3483
> Telephone: (501) 372-6175 / Fax: (501) 375-2802
> E-mail: rkmcculloch@barberlawfirm.com