UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANCES BLOHM**                                                      **PLAINTIFFS**

v.                                No. 4:18-cv-351

**DIRT CHEAP ARKANSAS, LLC**                             **DEFENDANT**

## **ORDER**

The parties have settled their dispute, and the case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of January, 2020.

_____
James M. Moody Jr.
United States District Judge